DORLAND REALTY CORPORATION, Appellant, v. ARVILLE M. TURNER, Respondent, Impleaded with RELIABLE PAINTING AND DECORATING CORPORATION and Others, Defendants. DORLAND REALTY CORPORATION, Plaintiff, v. ARVILLE M. TURNER, Appellant; LOUIS F. MENTZ, Respondent. ARVILLE M. TURNER, Appellant, v. EFFICIENT BUILDING CORPORATION and Another, Defendants; EDWARD TURNER, as Receiver, Appellant; LOUIS F. MENTZ, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the

Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.